**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-3025-WJM-MEH

TONI R. FINN

      Plaintiff,

v.

MMJ AMERICA, INC., and
JAKE SALAZAR

      Defendants.

---

**ORDER GRANTING JOINT MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Joint Motion to Dismiss filed March 20, 2013 (ECF No. 21).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his, her or its own attorney's fees and costs.

Dated this 20th day of March, 2013.

                                                  BY THE COURT:

                                                  William J. Martínez
                                                  United States District Judge